MINUTE ENTRY           2:30 p.m.


  JOCELYN D. GABRIEL -vs- RITA TUDELA CABRERA, et al


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Faye Crozat, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Mark Hanson, Attorney for Plaintiff
    Stephen Woodruff, Attorney for Defendant
    Stephanie Flores, Attorney for Defendant Escos
    Joseph Camacho, Attorney for Defendants


PROCEEDINGS: MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR DISCOVERY

 Attorney Mark Hanson appeared on behalf of Plaintiff.  Attorneys Stephen Woodruff, Joseph Camacho and Stephanie Flores appeared on behalf of Defendants.

 Court inquired of Mr. Woodruff as to why he needs to go off-island and to explain to the Court the nature of his emergency.  Attorney Woodruff argued his motion and made explanations to the Court.

 Attorney Hanson argued against the extension of time for discovery and against the continuation of the trial.

 Court DENIED the motion for extension of time for discovery and DENIED the motion for continuation of trial date.


        Adjourned 3:10 p.m.



;    [KLL EOD 10/21/2004]